UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Maria Alonso-Espinoza,

　　　　Petitioner,

v.

Warden Michael Segal,

　　　　Respondent.

Civil No. 23-cv-1170 (PJS/TNL)

**ORDER**

---

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated May 23, 2023 (ECF No. 5), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. The petition for a writ of habeas corpus of petitioner Maria Alonso-Espinoza (ECF No. 1) is **DENIED.**

2. This matter is **DISMISSED.**

　　**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: June 22, 2023

s/Patrick J. Schiltz
The Honorable Patrick J. Schiltz
Chief United States District Court Judge
for the District of Minnesota